UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| RUTH ELLEN RODGERS, | No. CV-12-034-JPH |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that**:**

Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Complaint and claims are **DISMISSED WITH PREJUDICE**. Judgment is entered for Defendant.

DATED:  August 15, 2013

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk